# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136868

DENISE VON ARX, Next Friend of
ALLISON VON ARX, Minor,
      Plaintiff-Appellee,

v

                                  SC: 136868
                                  COA: 268516
                                  Wayne CC: 04-402910-NH

LIVONIA FAMILY PHYSICIANS, P.C.,
THOMAS I. SELZNICK, D.O., TONI TRATE,
D.O., J. ADAM KELLMAN, D.O., HAROLD M.
FRIEDMAN, D.O., PAUL D. JACKSON, D.O.,
STUART NATHAN, P.A., TIFFANY POTTS,
P.A., BARBARA BERGESKI, P.A., and
MARY JANE GREGORY, P.A.,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the June 3, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Vanslembrouck v Halperin* (Docket No. 135893) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

                                      Clerk

d1020